UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,    )
                             )    CASE NO. MJ26-187
            Plaintiff,       )
                             )
        v.                   )
                             )    DETENTION ORDER
KANDIS MELLO,                )
                             )
            Defendant.       )
                             )

Offenses charged:

   1.  Attempted bank fraud.

Date of Detention Hearing:    March 24th, 2026.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

     FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   1.    Defendant is charged with attempted bank fraud in violation of 18 U.S.C.

DETENTION ORDER
PAGE -1

1344(2).   Defendant presents a serious risk of flight and is eligible for detention because she has multiple failures to appear over the course of decades, and an outstanding DOC warrant. Defendant waives a detention hearing at this time.

2.   There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

It is therefore ORDERED:

1.   Defendant shall be detained pending transfer to the Eastern District of Washington, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.   On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 24th day of March, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -2